**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-2245**

———————————

ASIA APPAREL, LLC,

Plaintiff - Appellee,

versus

GARRETT CUNNEEN; STORM JENKINS,

Defendants - Appellants,

and

RIPSWEAR, INCORPORATED; JOHN 1-10 DOES,

Defendants.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-02-469-MU)

———————————

Submitted: November 24, 2004      Decided: January 11, 2005

———————————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Garrett Cunneen, Storm Jenkins, Appellants Pro Se. James Daniel Bishop, BISHOP, CAPITANO & ABNER, PA, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Storm Jenkins and Garrett Cunneen[*] appeal the district court's order imposing a preliminary injunction barring their commercial interference between Asia Apparel, LLC, and its customers, and further directing Appellants to cooperate in the transfer of an internet domain name. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Asia Apparel v. Ripswear</u>, No. CA-02-469-MU (W.D.N.C. Sept. 17, 2004). We deny Appellants' emergency motion for a stay as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]To the extent Jenkins and Cunneen seek to appeal on behalf of Ripswear, Inc., this court will not consider the appeal. Pro se appellants may represent their own interests but not those of a company they serve. <u>See, e.g.</u>, <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in federal court only through licensed counsel.").